**Vivian WOLOCKO, Plaintiff–Appellant,**

v.

**The TOWN OF RIDGEFIELD, Abraham Morelli, Individually and as a Member of the Board of Selectmen of the Town of Ridgefield, Peter Yanity, Individually and as a Member of the Board of Selectmen of the Town of Ridgefield, Joseph Sevino, Individually and as a Member of the Board of Selectmen of the Town of Ridgefield, Barbara Manners, Individually and as a Member of the Board of Selectmen of the Town of Ridgefield, and Michael Jones, Individually and as a Member of the Board of Selectmen of the Town of Ridgefield, Chad Cohen, Kirsten Cohen, and John Katz, Individually and as a Member of the Plan-**

---

* The Honorable Barbara S. Jones, of the United States District Court for the Southern District of New York, sitting by designation.

ning and Zoning Commission of the Town of Ridgefield, Defendants–Appellees.

No. 00–7748.

United States Court of Appeals, Second Circuit.

March 16, 2001.

Leighton Aikon, Dallas, TX, Owens, Clary & Aiken, LLP; Dana M. Campbell, on the brief, for appellant.

Ralph G. Elliot, Hartford, CT, Tyler, Cooper & Alcorn, LLP; James R. Byrne, on the brief, for appellee.

Present JACOBS and KATZMANN, Circuit Judges, and JONES, District Judge.*

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be, and it hereby is, AFFIRMED.

Vivian Wolocko appeals Judge Squatrito's order granting defendants' motions for summary judgment, denying Wolocko's motion for partial summary judgment, and dismissing Wolocko's claims brought pursuant to 42 U.S.C. §§ 1983 and 1985. We affirm for substantially the reasons stated by the district court. *See Wolocko v. Town of Ridgefield,* No. 98–1096, 2000 WL 565447 (D.Conn. March 31, 2000). We do not reach the issue of whether the district court properly dismissed Wolocko's § 1985 claim, because she did not raise this issue on appeal. *See United States v. Quiroz,* 22 F.3d 489, 490 (2d Cir.1994) ("It is well established that an argument not raised on

* The Honorable Barbara S. Jones, of the United States District Court for the Southern Dis-

appeal is deemed abandoned") (internal quotation marks and citation omitted).